**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCOS RAMIREZ LLANES,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                              Respondents. | Case No.:  26-cv-3192-BJC-AHG<br><br>**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS** |

On May 22, 2026, Petitioner Marcos Ramirez Llanes, filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority and violates the due process clause of the United States Constitution and the Immigration Nationality Act.  ECF No. 1.  Petitioner requests that the Court assume jurisdiction over the matter, grant the Petition, and order Respondents to release Petitioner immediately or schedule a bond hearing before an immigration judge. ECF No. 1 at 31-32.

Petitioner was detained on February 23, 2025, and remains detained at the Otay Mesa Detention Center.  This Court set a briefing schedule and issued a limited stay.  ECF No. 2.  Respondents filed a Return to the petition on May 29, 2026, in which Respondents claim that Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov.

25, 2025). Although the Ninth Circuit stayed application of the Order beyond the Central District of California, Respondents acknowledge that prior orders from this District have directed bond hearings pursuant to 8 U.S.C. § 1226(a). ECF No. 4. Therefore, Respondents "do not oppose an order from this Court directing a bond hearing to be held pursuant to 8 U.S.C. § 1226(a)."

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing **no later than June 15, 2026**, and cannot deny bond at the hearing based on § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

**IT IS SO ORDERED**.

Dated: May 29, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-3192-BJC-AHG